■ In the Matter of the Intermediate Accounting of JAMES W. BASSETTE, as Administrator of the Estate C. T. A. of LESLIE R. CRONK, Deceased.— Appeal dismissed, unless within 10 days from the date of service of a copy of the order herein upon appellant, there is compliance with section 298 of the Surrogate's Court Act by filing of a written undertaking with proper sureties, and upon the further condition that records and appellant's briefs are filed and served on or before March 15, 1963. If made, a motion will be considered to add the case to the April 1963 Term Calendar, provided all briefs are .filed and served prior to the commencement of said term on April 2, 1963.

■ JOHN MIKOS, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion granted and trial stayed pending hearing and determination of appeals and appeals added to January 1963 Term Calendar. Respondent directed to file and serve brief on or before January 14, 1963.

■ BESS L. HAGADORN, Plaintiff, v. RAYMOND HAGADORN, Defendant.— Motion for a stay denied.

■ THE PEOPLE OF THE STATE OF NEW YORK v. EDWARD KLAMM and CHARLES WARNER.— Motion for a change of venue denied.

■ MICHAEL BERDYCH et al., Appellants, v. BELL AEROSPACE CORP. et al., Respondents.— Appeal dismissed unless records and briefs are filed and served on or before January 23, 1963.

■ LOUIS LONGO et al., Appellants, v. BELL AEROSPACE CORP. et al., Respondents.— Appeal dismissed unless records and briefs are filed and served on or before January 23, 1963.

■ CHARLES E. WESTON, JR., as Committee, Respondent, v. CHARLES T. MOEBIUS, INC., et al., Appellants.— Motion to dismiss appeal denied.

■ JOANNE ST. GEORGE, an Infant, et al., Appellants, v. CHARLES COLLETTA et al., Respondents.— Appeal dismissed unless records and briefs are filed and served on or before January 28, 1963.

■ In the Matter of the Accounting of CENTRAL TRUST COMPANY as Trustee of the Trust Created between HALFORD R. CLARK et al., and CENTRAL TRUST COMPANY.— Motion for order pursuant to section 107 of the Civil Practice Act granted.

■ HAROLD J. FOSTER, Appellant, v. JAMES Q. GLEASON, Respondent.— Appeal dismissed for failure to comply with previous order.

■ In the Matter of the Construction of the Will of JOHN T. ASKEY, Deceased.— Motion to dismiss granted unless records and briefs are filed and served on or before March 6, 1963; and bond required by section 298 of the Surrogate's Court Act must be filed on or before January 14, 1963.